UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREK ARMOR INC., d/b/a
BARTACT, INC.,

        Plaintiff,

v.

FCA US LLC,

        Defendant.
_____/

Case No. 2:23-cv-12894

Honorable Susan K. DeClercq
United States District Judge

### ORDER GRANTING PARTIES' JOINT MOTION TO AMEND SCHEDULING ORDER (ECF No. 32) AND AMENDING SCHEDULING ORDER

On November 6, 2024, the Parties filed a joint motion seeking to amend the scheduling order to extend only two dates: the fact-discovery deadline and the discovery-motion deadline. ECF No. 32. The Parties attended two status conferences in the weeks that followed during which a dispute arose about the scope of the fact-discovery extension. Although the Parties' joint motion stated it would only extend the discovery deadline for already-served discovery, Plaintiff sought to expand the scope of the request in order to depose an additional third party. This Court held a hearing on the Parties' joint motion on December 20, 2024. ECF No. 36. As detailed by the Court at that hearing, it is **ORDERED** that:

1. The Parties' Joint Motion to Amend the Scheduling Order, ECF No. 32, is **GRANTED**;

- 2 -

2.  The Scheduling Order, ECF No. 23, is **AMENDED** as follows:

| Close of Fact Discovery[1] | Wednesday, January 29, 2025 |
|---|---|
| Claim Construction Hearing | Friday, February 7, 2025 at 10:00 AM |
| Deadline to File Discovery Motions | Friday, February 14, 2025 |

**This is not a final order and does not close the above-captioned case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: December 26, 2024

---

[1] This new date only applies to already-served discovery. *See* ECF No. 32 at PageID.591. As discussed at the December 20, 2024 motion hearing, no new discovery shall be served on the Parties.